IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
  Plaintiff

-vs-

Donald Dixon, et al.,
  Defendants

CASE NUMBER 1:06CV00113
JUDGE: Royce C. Lamberth
DECK TYPE: Pro se General Civil
DATE STAMP: 01/13/2006

FILED
JAN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff George E. Carter, pursuant to §1915, requests this Court to appoint counsel to represent him in this case for the following reasons:

1. The plaintiff is unable to afford counsel.

2. These issues involved in this case are complex.

3. The plaintiff, as a D.C. prisoner, has extremely limited access to governmental resources. For example, plaintiff filed and submitted a request under the Freedom of Information Act, 5 U.S.C. § 552a, and the request was not answered within 20 days.

4. The plaintiff has limited knowledge of the law.

2.

DATED: NOVEMBER 29, 2005.

Respectfully submitted,
George E. Carter / George E Carter

GEORGE E. CARTER (PRO SE)
Fed. Reg. No. #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

GEORGE E. CARTER,
    Plaintiff

-vs-                                  Civil Action NO. _____

Donald Dixon, et al.,
    Defendants

AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S
MOTION FOR THE APPOINTMENT OF COUNSEL

06 0113
**FILED**
JAN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGE E. CARTER being duly sworn, deposes and says:

1. I am the plaintiff in the above-entitled case. I make this affidavit in support of my motions for the appointment of counsel.

2. The complaint in this case alleges civil conspiracy, Fifth, Eighth, and Fourteenth Amendments, Fraud and Forgery by falsifying a court/judicial document with intent to deceive which was made in reference to a material fact to extend and to prolong his expiration, mandatory release, and parole eligibility dates. Due to these constitutional and civil rights violations, plaintiff suffered damages and he is entitled to

Relief.

3. This is a complex case because it contains numerous different legal claims with each claim involving a different set of defendants.

4. This case involves court documents, fraud, forgery, and conspiracy that may require expert testimony.

5. The plaintiff has demanded a jury trial.

6. The case will require discovery of official documents and depositions of a number of witnesses.

7. The testimony will be in sharp conflict, since the plaintiff alleges that the defendants falsified a court document in conspiracy to commit fraud and forgery that will cause serious damages against the plaintiff.

8. The plaintiff has only a G.E.D. and has no legal education.

9. The plaintiff is serving an illegal term due to a false court document; therefore, Plaintiff has very limited access to legal materials at F.C.I.-Gilmer and has no ability to conduct an adequate investigation to the facts of the case, for example, by locating the other prison officials during these events at FCI-Petersburg and Superior Court

dated on October 13, 1988.

10. As set forth in the Memorandum of Law submitted with this motion, these facts, along with the legal merit of the plaintiff's claims, support the appointment of counsel to represent the plaintiff.

Wherefore, the plaintiff's motion for the appointment of counsel should be granted. 28 U.S.C. § 1746.

Respectfully submitted,
George E. Carter / George E Carter
GEORGE E. CARTER
Fed. Reg. No. #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

George E. Carter,
    Plaintiff

-vs-

Civil Action No. **06 0113**

Osald Dixon, et al.,
    Defendants

## Memorandum of Law in Support of the Plaintiff's Motion for the Appointment of Counsel

### Statement of the Case

This is a civil rights case filed under 42 U.S.C. §1983, §1985(3), and 18 U.S.C. §1001 by a D.C. prisoner housed in the Federal Bureau of Prisons asserting claims for civil conspiracy, constitutional rights violations, and criminal statutes such as fraud and forgery. The plaintiff seeks damages as to claims in accordance with clearly established laws.

### Statement of Facts

The complaint alleges that the plaintiff's rights are violated under color of local laws in the District of Columbia by the named defendants. To deny plaintiff's

Rights within the Superior Court, plaintiff's rights were not given the equal protection of the laws by acting beyond their scopes of duties to falsify a judicial document. Each defendant had conspired by participating in agreement to violate plaintiff's rights under color of federal/local laws.

The Court must appoint counsel for the plaintiff due to his inability conducting an adequate investigation, obtaining expert testimony, and lacking of legal training a factor to support his claims as a certified legal counsel.

The Plaintiff's factual allegations can be proven, either direct or circumstantial, beyond a reasonable doubt that a number of constitutional violations is being committed. Once its face, then, this is a meritorious case.

### Conclusion

For the foregoing reasons, the court must grant the plaintiff's motion and appoint counsel in this case.

DATED: November 28, 2005

Respectfully submitted,

George E. Carter /s/ George Carter

GEORGE E. CARTER
(PRO SE)

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

___For THE___   District of   COLUMBIA

GEORGE E. CARTER
Plaintiff

V.

RONALD DIXON, et al
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:05CV130

I, GEORGE E. CARTER declare that I am the (check appropriate box)
☐ petitioner ☒(plaintiff)/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  FCI-Gilmer, P.O. Box 6000, Glenville, WV 26351

   Are you employed at the institution? Yes   Do you receive any payment from the institution? Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.  I am going to pay the cost of $250.00.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)
      1985

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☒ Yes   ☐ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☒ Yes   ☐ No

RECEIVED
OCT -5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 0113
FILED
JAN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

CIVIL SETTLEMENT

4. Do you have **any** cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount.  $40,000.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

   None

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   SHawStai R. Johnson & Jayquan J. Carter

I declare under penalty of perjury that the above information is true and correct.

11-29-05
10-8-05
_____        _George E. Carter / George E. Carter_
Date                                      Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, the prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach the certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _[signature]_  OCT 5 2005  United States Judge / Date | _[signature]_  10/31/05  United States Judge / Date |

RECEIVED
OCT 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT