May 29, 2006

George E. Carter #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

RE: Carter v. Ronald Dixon, et al
(C.A. No. 1:06 CV 113)(RCL)

Clerk of the Court
United States District Court
333 Constitution Ave, N.W.
Wash, D.C. 20001

Dear Clerk:

Yes, I am writing to find out the status of the above-referenced case. Clerk, I had filed and submitted a "Motion for Summary Judgment" dated on April 7, 2006 after eighty days when the opposing party failed to answer within sixty days.

Clerk, I will be forced to file other pleadings to the next level because I realize that you are manifesting a bias attitude due to the fact that a clerk is a defendant in the matter. I will not capitulate to injustice. I will inform the public how my civil right complaint is being treated.

**RECEIVED**
JUN - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully written,
George E. Carter

cc: Clerk