UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
    Plaintiff

-vs-

(Civil Action NO. 1:06CV00113)
(RCL)

Ronald Dixon, et al,
    Defendants

### AFFIDAVIT OF SERVICE

I, George E. Carter, hereby declare that on the 10th of July, 2006; I have mailed a copy of the summon and complaint, certified mail return receipt requested to:

Ronald Dixon
U.S. ASST Attorney
555 Fourth St, N.W.
Wash, D.C. 20001

Respectfully submitted,
George E. Carter
George E. Carter #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

RECEIVED
JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

See, Exhibits "M" & "N"

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.31 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.56 |

Postmark: GLENVILLE, WV 26351, JUL 6 2006, USPS

Exhibit "N"

Sent To: Ronald Dixon, U.S. Asst. Attorney
Street, Apt. No.; or PO Box No.: 555 Fourth St, N.W.
City, State, ZIP+4: Wash, D.C. 20001

Article Number: 7005-0390-0003-1415-0952

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ronald Dixon
U.S. Assistant Attorney
555 Fourth St, N.W.
Wash, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): SANDRA CARTER
C. Date of Delivery: 7-10-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Exhibit "M"

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005-0390-0003-1415-0952

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
    Plaintiff

-vs-

Ronald Dixon, et al.,
    Defendants

Civil Action No. 1:06 CV 00113
    (RCL)

## AFFIDAVIT OF SERVICE

I, GEORGE E. CARTER, hereby declare that on the 10th of July, 2006; I have mailed a copy of the summon and complaint, certified mail return receipt requested to:

United States Attorney
501 3rd St, N.W.
Wash, D.C. 20001

Respectfully submitted,

George E. Carter

GEORGE E. CARTER #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

SEE, Exhibits "O" & "P"

**RECEIVED**

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.31 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.56 |

Exhibit "O"

Postmark: GLENVILLE, WV 26351, JUL 6 2006, USPS

Sent To: U.S. Attorney
Street, Apt. No.; or PO Box No.: 501 3Rd St, N.W.
City, State, ZIP+4: Wash, D.C. 20001

PS Form 3800, June 2002         See Reverse for Instructions

Article number (left margin): 7005 0390 0003 1415 1416

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney
   501 3Rd St, N.W.
   Wash, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): SANDRA CARTER
G. Date of Delivery: 7-10-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Exhibit "P"

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005-0390-0003-1415-1416

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540