July 20, 2006

George E. Carter #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

RE: <u>Carter v. Ronald Dixon, et al</u>
(C.A. No. 1:06CV00113)(RCL)

Department of Justice
950 Pennsylvania Ave, N.W.
Wash, D.C. 20530

Dear Ms./Sir:

Yes, I am enclosing the original summon in the above-referenced case. You need to sign and date it, and then, you need to return it to me in order for me to prove to the court of service. I will appreciate it very much if you cooperate.

Respectfully written,

George E. Carter

GEORGE E. CARTER
PRO SE

**RECEIVED**
JUL 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

cc: Clerk

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .78 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.03 |

Postmark Here

Sent To: Department of Justice
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave, N.W.
City, State, ZIP+4: Wash, D.C. 20530

PS Form 3800, June 2002          See Reverse for Instructions

7005 0390 0003 1415 2499

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Department of Justice
   950 Pennsylvania Ave, N.W.
   Wash, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005-0390-0003-1415-2499

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GEORGE E. CARTER,
        Plaintiff
    V.

Ronald Dixon, et al
        Defendants

SUMMONS IN A CIVIL CASE

CASE NO. 1:06 CV 00113
Judge: Royce C. Lamberth

CASE NUMBER:

TO: (Name and address of Defendant)

U.S. Attorney
Department of Justice
950 Pennsylvania Ave, N.W.
Wash, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on ▓▓▓▓▓▓▓▓▓▓ (name and address)

George E. Carter #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            7/18/2006
CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                              *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

July 20, 2006

George E. Carter #01466-000
Federal Corrections Institution
P.O. Box 6000
Glenville, WV 26351

RE: <u>Carter v. Ronald Dixon</u>, et al
(C.A. No. 1:06CV00113)(RCL)

Ronald Dixon, AUSA,
555 Fourth St., N.W.
Wash, D.C. 20001

Dear Mr. Dixon:

Yes, I am enclosing the original summons in the above-referenced case. You need to sign and date it, and then, you need to return it to me in order for me to prove to the court of service. I will appreciate it very much if you cooperate.

Respectfully written,

George E. Carter

George E. Carter
Pro Se

cc: Clerk

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .78 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.03 |

Postmark Here

Sent To: Ronald Dixon, AUSA
Street, Apt. No.; or PO Box No.: 555 4th St., N.W.
City, State, ZIP+4: Wash, D.C. 20001

7005 0390 0003 1415 2482

PS Form 3800, June 2002       See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ronald Dixon
   AUSA
   555 Fourth ST, N.W.
   Wash, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                              ☐ Agent
                                               ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)   7005-0390-0003-1415-2482

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GEORGE E. CARTER,
Plaintiff

V.

Ronald Dixon, et al
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NO. 1:06CV00113
Judge: Royce C. Lamberth

TO: (Name and address of Defendant)

Ronald Dixon
AUSA
555 Fourth St, N.W.
Wash, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on ~~[redacted]~~ (name and address)

George E. Carter #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**    7/18/2006

CLERK    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                            *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

July 20, 2006

GEORGE E. CARTER #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

RE: <u>Carter v. Ronald Dixon, et al</u>
(C.A. No. 1:06 CV 00113)(RCL)

United States Attorney
501 3rd St., N.W.
Wash, D.C. 20001

Dear Ms./Sir:

Yes, I am enclosing the original summon in the above-referenced case. You need to sign and date it, and then, you need to return it to me in order for me to prove to the court of service. I will appreciate it very much if you cooperate.

Respectfully written,

George E. Carter

GEORGE E. CARTER
PRO SE

c: Clerk

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .78 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.03 |

Postmark Here

Sent To: United States Attorney
Street, Apt. No.; or PO Box No.: 501 3rd St, N.W.
City, State, ZIP+4: Wash, D.C. 20001

PS Form 3800, June 2002        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney
   501 3rd Street, N.W.
   Wash, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005-0390-0003-1415-2505

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

George E. Carter,
                Plaintiff

V.

Ronald Dixon, et al
           Defendants

SUMMONS IN A CIVIL CASE

CASE NO. 1:06 CV 00113

Judge: Royce C. Lamberth

CASE NUMBER:

TO: (Name and address of Defendant)

United States Attorney
501 3rd St, N.W.
Wash, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on ~~PLAINTIFF'S ATTORNEY~~ (name and address)

George E. Carter #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    7/18/2006

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                    *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Department of Justice
950 Pennsylvania Ave, N.W.
Wash, D.C. 20530

George E. Carter #01966-080
Federal Corrections Institution
P.O. Box 6000
Glenville, WV 26351

Legal Mail



George E. Carter #01466-000
Federal Corrections Institution
P.O. Box 6000
Glenville, WV 26351

Ronald Dixon
United States Assistant Attorney
555 Fourth Street, N.W.
Wash, D.C. 20001

Legal Mail



United States Attorney
501 3rd Street, N.W.
Wash, D.C. 20001

George E. Carter #01446-000
Federal Corrections Institution
P.O. Box 6000
Glenville, WV 26351

LEGAL MAIL