August 3, 2006

George E. Carter #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

Re: George E. Carter v. Ronald Dixon, et al
(C.A. No. 1:06 CV 00113) (RCL)

Clerk of the Court
United States District Court
333 Constitution Ave, N.W.
Wash, D.C. 20001

**RECEIVED**
AUG 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk:

Yes, I am writing to inform you that I am dealing with a complex plight where I am. Permit me to explain. Since I had filed a civil action suit against the above-named defendants, I had suffered greatly of cruel and unusual punishment in the administrative segregation without violating any prison rules.

Clerk, On July 23, 2006, in Unit B-4 where I did not stay, a fight erupted. All of the participants were subdued by inrushing correctional officers called by the assigned unit officer. It was an isolated incident after the nine pm count. Every unit in the prison institution was secured, including my unit which was B-2. I did not have any idea or knowledge of the above unit commotion. The warden called a lockdown.

Clerk, On July 25, 2006, every inmate assigned to B-2 was being interviewed by different staffs. I was interviewed by Mrs. Underwood and Mrs. Dennison. I was asked specific questions. I answered honestly; Subsequently, I was taken back to my cell.

Clerk, On July 26, 2006, approximately 12:15 PM, several facility staffs came to my cell and told me to get dressed. I did as I was ordered. I realized that I was being escorted to Medical where the inside door of segregation was. I did not see anyone over a period of two weeks. I was told by an officer that I was placed in the administrative segregation pending a SIS investigation. I did not see anybody regarding the investigation. I do have a right to know. Each staff walked on the tier where I was -- He or She did not know a thing including the Unit Manager Dan McAdams; Anyway, Mr. McAdams is a defendant in another lawsuit that I had filed along with the case manager.

Clerk, I have not violated any prison rules over thirteen years unless I was accused or framed by the administrative staffs for exercising my civil rights against them. There is no documentary evidence linking me to this isolated incident. This a form of intimidation and retaliation. It will not discourage or hinder me, I may not be able to file responsive pleadings because I am unable to conduct extensive researching... Clerk, I will mail the certification materials once I receive them from two defendants, Mr. Dixon and US Attorney. Since I have been housed in the segregation unit, I am having a difficult time to gain staff's assistances of the unit team; Furthermore, I am unable to exhaust administrative remedies because I know that will not get processed. I can not make copies to verify that I have filed and submit it.

Clerk, I am waiting for the green cards from the US Attorney and Mr. Dixon. I will mail them to you.

Respectfully written,
George E. Carter
GEORGE E. CARTER
Pro Se