UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
    Plaintiff

06-113 RCL

-vs-

Ronald Dixon, et al.,
    Defendants

## AFFIDAVIT OF SERVICE

I, GEORGE E. CARTER, hereby certify that on the 20th of July, 2006 that I have mailed a copy of the complaints and summons, certified mail return receipt requested to:

Ronald Dixon
U.S. Assistant Attorney
555 4th Street, N.W.
Wash, D.C. 20001;

Department of Justice
950 Pennsylvania Ave, N.W.
Wash, D.C. 20530; And

United States Attorney
501 3rd Street, N.W.
Wash, D.C. 20001

**RECEIVED**
AUG 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, GEORGE E. CARTER, hereby declare that I am enclosing the return receipts from

the United States Postal Office with the official stamps thereon to prove that I mailed to each named defendant the original summon dated on July 26, 2006; Further, I did not receive the Green Cards from the **UNITED STATES ATTORNEY** And **RONALD DIXON** yet. I think that it is a deliberate act not to acknowledge planning to evade civil litigation.

Respectfully submitted,

George E. Carter

GEORGE E. CARTER # 01466000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

