UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE CARTER,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-113 (RCL) |
| **RONALD DIXON,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that Defendant shall file an answer or dispositive motion or before November 9, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 20, 2006.