UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE CARTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0113 (RCL) |
| | ) |
| **RONALD DIXON, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

UPON CONSIDERATION of the Defendant's Motion to Dismiss, and all relevant pleadings, applicable law, and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that this case is hereby DISMISSED.  This is a final, appealable Order.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

George Carter
Reg. No. 01466-000
Gilmer Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351