UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
  Plaintiff

  -vs-

RONALD DIXON, et al.,
  Defendants

Civil Action No. 1:06CV00113 (RCL)

RECEIVED
NOV 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANTS' DISMISSAL

Plaintiff, GEORGE E. CARTER, respectfully moves for an enlargement of time to file an opposition in the above-entitled case pursuant to Rule 6(B)(1) of the Federal Rules of Civil Procedures. Plaintiff requests an enlargement of time until December 15, 2006, to file an opposition.

Plaintiff, as a pro se litigant, brings this Bivens action against a former United States Assistant Attorney Ronald Dixon in his individual and official capacities. Plaintiff did complete proper service on him at his employment location instead of his private location. His personal abode is not authorized for disclosure to the plaintiff.

Plaintiff requests enlargement of time because he has received defendant's motion to dismiss the complaint dated on November 15, 2006. Plaintiff did not sign or receive his legal mail from the mailroom. His legal mail was given to him through the regular mail system; Further, Plaintiff did not receive a complete copy of

defendant's motion to dismiss. Pages were missing such as 11, 12, 13, and 14 of the incomplete motion; Therefore, Plaintiff can not prepare an adequate and a meaningful opposition. Defendants are attempting to hamper plaintiff's development and preparation. The enlargement will serve judicial economy.

Respectfully submitted,

*George E. Carter*

George E. Carter #01466-060
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

## Certificate of Service

I certify that I have mailed a copy of the foregoing "Motion to Enlarge Time" to file an opposition to Defendants' Motion to Dismiss... served by him dated on November 15, 2006 to Ronald Dixon, AUSA, 555 4th Street, N.W., Wash, D.C. 20001.

Respectfully submitted,

*George E. Carter*

George E. Carter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
    Plaintiff

-vs-            Civil Action No. 1:06 cv 00113 (RCL)

Ronald Dixon, et al.,
    Defendants

## ORDER

Upon consideration of the Plaintiff's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is FURTHER ORDERED Plaintiff shall file an opposition on or before DECEMBER 15, 2006.

_____
United States District Court Judge