UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
    Plaintiff

-vs-

RONALD DIXON, et al
    Defendants

Civil Action No. 1:06cv00113 (RCL)

RECEIVED
DEC 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEALS

Notice is hereby given that George E. Carter, plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the District of Columbia from the final bias judgment entered in this action dated on November 27, 2006 by the district court judge against the motion to enlargement of time to file a proper opposition. See, Letter to the clerk... Exhibit "A"

Dated: December 1, 2006

Respectfully submitted,

George E. Carter

George E. Carter # 01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

CC: United States Court of Appeals

December 1, 2006

Exhibit "A"

George E. Carter #01466-000

FCI-Gilmer

P.O. Box 6000

Glenville, WV 26351


RE: G.E. Carter v. R. Dixon, et al
C.A. No. 1:06CV00113(RCL)


Clerk of the Court

United States District Court

333 Constitution Ave, N.W.

Wash, D.C. 20001


Dear Clerk:

Yes, I am writing to inform this court how totally unfair the assigned judge has been handling this case. Let me explain what I mean. On September 8, 2006, the defendants' response was currently due. Defendants filed a motion to enlarge time until October 9, 2006 to file an answer; However, Defendants did not file it. Defendants filed a "second" motion to enlarge time until November 9, 2006, and the assigned judge had granted.

On November 14, 2006, plaintiff had received a copy of the motion to dismiss from the government that was inadequate and incomplete such as missing pages. Pages 11, 12, 13, and 14 were missing. Plaintiff was unable to prepare a proper opposition due to the missing pages. On November 15, 2006, plaintiff filed a motion to extend time and re-

quest a complete copy of the motion to dismiss my civil complaint. On November 29, 2006, I received a typed notice from the clerk that my motion to extend time was denied after I had explained that pages were missing. These missing pages may consist of falsities. I do have a constitutional right to be served in what the government submits.

Clerk, Since a deliberate act was committed, I request for legal representation due to the serious nature that it involved.

Respectfully written,

*George E. Carter*

GEORGE E. CARTER #01466-000

CC: U.S. Court of Appeals