UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

George E. Carter,
    Plaintiff

v.                                   Civil Action No. 1:06cv 00113 (RCL)

Ronald Dixon, et al
    Defendants

## REQUEST FOR ENTRY OF DEFAULT

TO: Clerk of the Court for the District of Columbia

Clerk will please enter the default of both defendants for failure to plead or to serve a complete copy of their motion to dismiss or otherwise defend as provided by the court order and/or by the Federal Rules of Civil Procedure, as appears from the attached affidavit of George E. Carter and exhibits.

Dated: March 2, 2007

Respectfully submitted,
George E. Carter

George E. Carter #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

**RECEIVED**
MAR 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
         Plaintiff

v.                                        Civil Action No. 1:06CV00113 (RCL)

Ronald Dixon, et al
         Defendants

## AFFIDAVIT FOR ENTRY OF DEFAULT

DISTRICT OF COLUMBIA
WASHINGTON

Plaintiff GEORGE E. CARTER, being duly sworn, deposes and says:

1. I am the pro se plaintiff in the above-entitled matter.
2. The defendants, Ronald Dixon, Dept. of Justice, and U.S. Attorney, were served with copies of the complaints and summons as appears from the proof on files [See, Attached exhibit A
3. These defendants have not filed or served an answer or taken other action as may be permitted by law although more than 60 days have passed since the date of service after and before the motion for enlargement of time had been granted twice by the Assigned Judge.
4. Defendants did file a motion to dismiss the complaint but their motion to dismiss was missing pages such as 11, 12, 13, and 14.

Respectfully submitted,
*George E. Carter*
GEORGE E. CARTER #01466-000
FCI-Gilmer
P.O. Box 6000

UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
    Plaintiff

v.                                                  Civil Action No. 1:06cv00113 (RCL)

Ronald Dixon, et al
    Defendants

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT

TO: Clerk of the Court

Plaintiff GEORGE E. CARTER requests that the clerk enters judgment in default based on the attached affidavit against defendants in the above-entitled matter for $3,000,000 plus interest at rate of 10% and costs.

DATED: March 2, 2007

                                              Respectfully submitted,
                                              George E. Carter
                                              GEORGE E. CARTER #01466-000
                                              FCI-Gilmer
                                              P.O. Box 6000
                                              Glenville, WV 26351

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
    Plaintiff

v.                                          Civil Action NO. 1:06cv00113 (RCL)

Ronald Dixon, et al
    Defendants

## AFFIDAVIT AS TO MILITARY SERVICE

DISTRICT OF COLUMBIA

WASHINGTON

Plaintiff George E. Carter, being duly sworn, deposes and says:

1. I am the pro se plaintiff in the above-entitled matter. I make this Affidavit pursuant to the requirements of the Soldiers and Sailors' Civil Right Relief Act, 50 U.S.C., Appendix, §520.

2. The defendants have worked at their employment locations since plaintiff was first incarcerated in 1985.

3. Based on that fact, the plaintiff is convinced that defendants are not in the military service of the United States.

Respectfully submitted,

George E. Carter

GEORGE E. CARTER #01466-000
FCI-Gilmer
P.O. Box 6000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
    Plaintiff

v.   Civil Action NO. 1:06CV00113 (RCL)

RONALD DIXON, et al
    Defendants

## DEFAULT JUDGMENT BY THE CLERK

Defendants having failed to plead by serving an incomplete copy of their motion to dismiss that would have hampered plaintiff to prepare a meaningful opposition or defend in this action and their defaults having been entered,

Now upon application of the plaintiff and upon affidavit that defendants are indebted to plaintiff in the sum of $3,000,000 that defendants have been defaulted for failure to appear and that the defendants are not an infant or incompetent person and is not in the military service of the United States, it is hereby

ORDERED, ADJUDGED and DECREED THAT plaintiff recover the sum of $3,000,000 with interest of $5,000.00 at the rate of 10% per year from the date of March 2, 2007.

DATED: March 2, 2007

Respectfully submitted,
George E. Carter

GEORGE E. CARTER #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

District of Columbia live database - Docket Report
Case 1:06-cv-00113-RCL   Document 17   Filed 03/08/2007   Page 6 of 8
Page 1 of 3

APPEAL, JURY, PROSE-PR, TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00113-RCL

CARTER v. DIXON  
Assigned to: Judge Royce C. Lamberth  
Demand: $1,500,000  
Cause: 42:1983 Civil Rights Act

Date Filed: 01/13/2006  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

GEORGE E. CARTER           represented by   GEORGE E. CARTER  
                                            R01466-000  
                                            GILMER FEDERAL CORRECTIONAL INSTITUTION  
                                            P.O. Box 6000  
                                            Glenville, WV 26351  
                                            PRO SE

V.

**Defendant**

RONALD DIXON               represented by   John F. Henault, Jr.  
*Assistant U. S. Attorney*                  U.S. ATTORNEY'S OFFICE  
                                            Public Corruption  
                                            555 Fourth Street, NW  
                                            Washington, DC 20001  
                                            (202) 307-1249  
                                            Fax: (202) 514-8780  
                                            Email: john.henault@usdoj.gov  
                                            *LEAD ATTORNEY*  
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

JOHN DOE

**Defendant**

JANE DOE

Exhibit A

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2006 | 1 | COMPLAINT For Violation of Civil Rights against RONALD DIXON (Filing fee $ 250) filed by GEORGE E. CARTER.(tg, ) (Entered: 01/24/2006) |

| 01/13/2006 | 2 | MOTION to Appoint Counsel by GEORGE E. CARTER. (tg, ) (Entered: 01/24/2006) |
|---|---|---|
| 01/13/2006 |  | SUMMONS (3) Issued as to RONALD DIXON, U.S. Attorney and U.S. Attorney General (tg, ) Modified on 1/25/2006 (tg, ). (Entered: 01/24/2006) |
| 04/14/2006 | 3 | MOTION for Summary Judgment by GEORGE E. CARTER. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(tg, ) (Entered: 04/17/2006) |
| 05/23/2006 | 4 | ORDER denying without prejudice 3 Plaintiff's Motion for Summary Judgment and 2 Motion to Appoint Counsel. Plaintiff ordered to show cause within 15 days why case should not be dismissed for failure to effect service. Signed by Judge Royce C. Lamberth on 5-23-06.(jpm) (Entered: 05/23/2006) |
| 06/02/2006 | 5 | Civil Statement from Plaintiff re Status of Case. (tg, ) (Entered: 06/06/2006) |
| 07/18/2006 |  | SUMMONS (3) REISSUED as to RONALD DIXON, and non-parties U.S. Attorney and U.S. Attorney General (tg, ) (Entered: 07/18/2006) |
| 07/24/2006 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to RONALD DIXON served on 7/10/2006, answer due 9/8/2006, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney served on 7/10/2006, answer due 9/8/2006 (tg, ) (Entered: 07/26/2006) |
| 07/28/2006 | 7 | Statement from Plaintiff re mailing of summonses to Defendants. (tg, ) (Entered: 07/31/2006) |
| 08/11/2006 | 8 | Civil Statement from Plaintiff regarding service of process. (tg, ) (Entered: 08/14/2006) |
| 08/29/2006 | 9 | MOTION for Extension of Time to *File Answer or Otherwise Respond to Complaint* by RONALD DIXON. (Attachments: # 1 Text of Proposed Order)(Henault, John) (Entered: 08/29/2006) |
| 08/29/2006 |  | MINUTE ORDER granting 9 Defendant's Motion for Extension of Time to File Answer. Defendant shall answer or otherwise respond to the complaint by 10-9-06. Signed by Judge Royce C. Lamberth on 8-29-06. (jpm) (Entered: 08/29/2006) |
| 08/29/2006 | 10 | Civil Statement from Plaintiff re Service of Process upon the Department of Justice. (tg, ) (Entered: 09/01/2006) |
| 08/30/2006 |  | Set/Reset Deadlines: Defendant shall answer or otherwise respond to the complaint due by 10/9/2006. (rje) (Entered: 08/30/2006) |
| 09/20/2006 | 11 | MOTION for Extension of Time to *File Answer or Otherwise Respond to Complaint* by RONALD DIXON. (Attachments: # 1)(Henault, John) (Entered: 09/20/2006) |
| 09/20/2006 | 12 | ORDER granting 11 Motion for Extension of Time and ordering that |

| | | |
|---|---|---|
| | | Defendant shall file an answer or dispositive motion or before November 9, 2006. Signed by Judge Royce C. Lamberth on 9/20/06. (lcrcl2, ) (Entered: 09/20/2006) |
| 09/20/2006 | | Set/Reset Deadlines: Defendant Answer or dispositive pleading due by 11/9/2006. (rje) (Entered: 09/20/2006) |
| 11/09/2006 | 13 | MOTION to Dismiss by RONALD DIXON. (Attachments: # 1 Exhibit Exhibits to Defendant's Motion to Dismiss# 2 Text of Proposed Order) (Henault, John) (Entered: 11/09/2006) |
| 11/13/2006 | 14 | Order advising plaintiff to respond to defendant's motion to dismiss within 30 days or Court may deem matter as conceded. Signed by Judge Royce C. Lamberth on 11-13-06. (jpm) (Entered: 11/13/2006) |
| 11/14/2006 | | Set/Reset Deadlines: Plaintiff Response due by 12/13/2006. (rje) (Entered: 11/14/2006) |
| 11/20/2006 | 15 | MOTION for Extension of Time to File Opposition to Defendants' Dimissal by GEORGE E. CARTER. (tg, ) (Entered: 11/24/2006) |
| 11/27/2006 | | MINUTE ORDER denying as moot 15 Plaintiff's Motion for Extension of Time to Respond to Motion to Dismiss. Signed by Judge Royce C. Lamberth on 11-27-06.(jpm) (Entered: 11/27/2006) |
| 12/07/2006 | 16 | NOTICE OF INTERLOCUTORY APPEAL as to Order on Motion for Extension of Time to by GEORGE E. CARTER. Fee Status: No Fee Paid. Parties have been notified. (jf, ) (Entered: 12/08/2006) |
| 12/08/2006 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 16 Notice of Interlocutory Appeal (jf, ) (Entered: 12/08/2006) |
| 12/12/2006 | | USCA Case Number 06-5406 for 16 Notice of Interlocutory Appeal filed by GEORGE E. CARTER. (tg, ) (Entered: 12/13/2006) |