UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
    Plaintiff

v.

Ronald Dixon, et al
    Defendants

Civil Action NO: 1:06cv00113 (RCL)

## MOTION FOR DEFAULT JUDGMENT

Plaintiff GEORGE E. CARTER moves this court to enter a default judgment against each defendant for $3,000,000 and states:

1. A default has been entered against defendants for failure to answer or to serve a complete copy of their motion to dismiss or otherwise defend in the above-entitled matter. [See, Attached Exhibit B.]

2. Defendants are not in the military service as shown by the attached affidavit.

3. Plaintiff had provided adequate time for the defendants to respond but failed.

Dated: March 2, 2007

Respectfully submitted,
George E. Carter
GEORGE E. CARTER #01466000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

RECEIVED
MAR 8 — 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

February 26, 2007

George E. Carter #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351

Re: G.E. Carter v. Ronald Dixon, et al
(C.A. No. 1:06 cv 00113) (RCL)

Clerk of the Court
United States District Court
For The District of Columbia
333 Constitution Ave, N.W.
Wash, D.C. 20001

Dear Clerk:

Yes, I am writing to inquire about the status in the above-referenced case. I did withdraw the appeal in reference to the issue denying my motion to extend time due to missing pages from the motion to dismiss filed by the defendants' attorney. Clerk, I am acting pro se without an attorney to assist me. Without an attorney representing me, I am expecting due prejudice from the opposing parties.

Clerk, Since the opposing parties served an incomplete motion to dismiss, it does constitute default. I am preparing such motion due to failure to answer.

Respectfully written,

George E. Carter

Exhibit B

cc: Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
    Plaintiff

v.       Civil Action No. 1:06cv00113 (RCL)

RONALD DIXON, et al
    Defendants

## AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT

DISTRICT OF COLUMBIA
WASHINGTON

Plaintiff GEORGE E. CARTER, being duly sworn, deposes, and says:

1. I am the pro se plaintiff in the above-entitled matter.

2. The amount due plaintiff from defendants is $3,000,000:
   A. Falsified judicial documents, fraud, forgery, and conspiracy along with an Eighth Amendment in Retaliations
   B. Interest for years at 10%

3. The default of the defendants has been entered for failure to appear in this action by serving an incomplete motion to dismiss such as missing pages.

4. The amount listed above is due and owing which no part has been paid.

5. The cost sought to be recovered have occurred in this action.

6. That the defendants are not in the military service as shown by the attached affidavit.

28 U.S.C. § 1746

Respectfully submitted,
*George E. Carter*
GEORGE E. CARTER #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351