UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,                    )
                                     )
            Plaintiff,               )
                                     )
      v.                             )        Civil Action No. 06-0113 (RCL)
                                     )
RONALD DIXON,                        )
                                     )
            Defendant.               )

ORDER

Defendant filed a motion to dismiss on November 9, 20006.  Because plaintiff is

proceeding *pro se,* the Court advised him that if failed to respond to the motion by December 13,

2006, the Court could assume that the motion was conceded, grant the motion and dismiss the

case.  *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Plaintiff has not filed a response to the defendant's motion.  Instead, he has filed a motion

for default judgment that does not address the motion.  Accordingly, it is

ORDERED that defendant's motion to dismiss [13] is GRANTED.  It is

FURTHER ORDERED that plaintiff's motion for default judgment [18] is DENIED.

This case is DISMISSED.


_____/s/_____
ROYCE C. LAMBERTH
United States District Judge


DATE: March 12, 2007