UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. CARTER,
         Plaintiff

vs                                    Civil Action No. 1:06cv00113 (RCL)

Ronald Dixon, et al
         Defendants

RECEIVED
MAR 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEALS

Notice is hereby given that George E. Carter, plaintiff in the above-captioned matter, appeals to the United States Court of Appeals for the District of Columbia from the final bias judgment entered in this action dated on March 12, 2007 by the district court judge without his signature or stamped file by the clerk.

Dated: March 18, 2007

Respectfully submitted,

George E. Carter

George E. Carter #01466-000
FCI-Gilmer
P.O. Box 6000
Glenville, WV 26351