# United States Court of Appeals
## For The District of Columbia Circuit

**No. 07-5099**  **September Term 2007**

06cv00113

**Filed On:** April 17, 2008

George E. Carter,

    Appellant

    v.

Ronald Dixon, Assistant U.S. Attorney, et al.,

    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Henderson, Rogers, and Tatel, Circuit Judges

FILED
JUN 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the motion to obtain a copy of the motion to dismiss filed in district court, the motion for appointment of counsel, the brief of appellant, the statement of undisputed facts, the motion for summary reversal, the opposition thereto and motion for summary affirmance, and the opposition to the motion for summary affirmance, it is

**ORDERED**, on the court's own motion, that the motion to obtain a copy of the motion to dismiss filed in district court be dismissed as moot. Appellant has repeatedly asserted that the copy of the motion to dismiss served on him was incomplete because it was missing pages 11 through 14. The motion was not, however, incomplete. Although the page numbering was incorrect, the motion was complete, as evidenced by the uninterrupted flow of the substantive discussion and case citation beginning on page 10 and continuing on to page 15. Appellant's request for a copy of the motion is therefore moot. It is

**FURTHER ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated any likelihood of success on the merits. It is

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5099**                                                        **September Term 2007**

      **FURTHER ORDERED** that the motion for summary reversal be denied, and that the motion for summary affirmance be granted.  The merits of the parties' positions are so clear as to warrant summary action.  See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).  Appellant did not file a timely opposition to the motion to dismiss filed in district court and, as discussed above, the motion to dismiss was in fact complete, despite appellant's suggestions to the contrary.  Moreover, appellant has not countered appellee's assertion that appellant failed to serve appellee in his individual capacity, nor has he countered appellee's assertion that appellee is entitled to absolute prosecutorial immunity.  We therefore affirm the district court's dismissal order.

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**